UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COLLEMA B. JAMES, et al,
                        Plaintiff(s)

       -against-

JAMIL A. GADSON, et al,
                       Defendant(s).
-----------------------------------------------------------X

25 civ 6849 (JGK)

## ORDER

The conference scheduled for Wednesday, November 19, 2025, at 12:00pm, is cancelled.

**SO ORDERED.**

                                                                     JOHN G. KOELTL
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 12, 2025